IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILIP HEATON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-0224-CG-C |
| ) | |
| GEICO INSURANCE COMPANY OF ) | |
| ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 28, 2015 is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that GEICO's Rule 12(b)(4) and (5) motion to dismiss (Doc. 20) is **GRANTED** insofar as service was defective and should be quashed but **DENIED** to the extent it seeks dismissal of plaintiff's claims.

**DONE and ORDERED** this 20th day of November, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE