# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP HEATON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-224-CG-C |
| | ) |
| | ) |
| GEICO GENERAL INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | |

## JUDGMENT

In accordance with the Court's order (Doc. 56), granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **Geico General Insurance Company**, and against Plaintiff, **Phillip Heaton**, and this case is hereby **DISMISSED WITH PREJUDICE**.  Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this 24th day of January, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE